IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01853-LTB

TONY LEE ELLIS,

    Plaintiff,

v.

POLICE DEPARTMENT,
SHERIFFS DEPARTMENT,
DISTRICT ATTORNEYS OFFICE,
PUBLIC DEFENDERS OFFICE,
COURT DIRECTORS OF FOREGOINGS,
DEPARTMENT OF CORRECTIONS,
PROBATIONS DEPARTMENT, and
SOCIAL SECURITY ADM.,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 5, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of September, 2012.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk

                                        By: s/L. Gianelli
                                              Deputy Clerk